UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LYNCH, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-0782 DJC AC P<br><br><br>ORDER |

　　　　On May 22, 2025, defendants filed a Motion to Dismiss and served plaintiff via mail. ECF No. 37.  Plaintiff has not opposed the motion.  Pursuant to Local Rule 230(l), plaintiff had twenty-one days from the date of service of the motion to file an opposition or statement of no opposition.  "Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to granting the motion and may result in the imposition of sanctions."  E.D. Cal. L.R. 230(l).  Sanctions include dismissal for failure to prosecute and for failure to comply with these rules and a court order.

　　　　Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition or statement of non-opposition to the defendants' Motion to Dismiss.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute

////

1

1 | pursuant to Federal Rule of Civil Procedure 41(b), without further warning.

2 | DATED: July 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE