1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ADAM RANDOLPH POWELL,                    No.  2:21-cv-0782 DJC AC P

12              Plaintiff,

13         v.                                 ORDER

14   LYNCH, et al.,

15              Defendants.

16

17         Pending before the court is plaintiff's motion for a fifteen-day extension of time to file an

18   opposition to the defendants' May 22, 2025 motion to dismiss.  ECF No. 40.  Plaintiff asks the

19   court to grant him the requested extension because during the past sixty days he was unable to

20   respond to the motion or the court's orders due to three forced moves, which resulted in

21   misplaced property and work product and issues accessing the law library, and a recent medical

22   misdiagnosis caused stress and inability to think.  Id. at 1-2.

23         This motion comes four months after the opposition was initially due, three months after

24   the court issued an order directing plaintiff to file an opposition or non-opposition, two months

25   after a response to the court's order was due, and a couple of weeks after the due date for

26   objections to the court's findings and recommendations that this case be dismissed without

27   prejudice for failure to prosecute.  See ECF Nos. 38, 39.  Even so, the court will grant plaintiff's

28   motion because he has established good cause for a final opportunity to file an opposition to

                                         1

defendants' motion to dismiss.  Because it is apparent that plaintiff does intend to prosecute this lawsuit, the findings and recommendations will be withdrawn.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 39) are WITHDRAWN.

2.    Plaintiff's motion for an extension of time (ECF No. 40) is GRANTED; and

3.    Plaintiff is granted until November 10, 2025, to file an opposition or statement of nonopposition to defendants' motion to dismiss.

DATED: October 23, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE